**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

In re:                                     |

    Elizabeth Rivera                    |          Case No. 26-60625
                                            |          Chapter 7
        Debtor(s)                   |
                                            |

**MOTION TO QUASH GARNISHMENT**

COMES NOW your applicant, Elizabeth Rivera, by counsel, pursuant to Bankruptcy Code § 362(a), and respectfully represents:

1. That your applicant has filed her petition for relief under Chapter 7 of Title 11 of the United States Code on May 14, 2026;

2. That your applicant is subject to a wage garnishment issued by the Culpeper County General District Court, 135 West Cameron Street, Culpeper, VA 22701; Case Number GV25000474-02 within 90 days of the filing of the above-named petition;

3. That said garnishment is in favor of Barclays Bank Delaware, c/o Tenaglia & Hunt, P.A., 9211 Corporate Blvd., Suite 130, Rockville, MD 20850, and has a return date of July 17, 2026 @ 10:00 AM, applicant's employer, 3G Holdings LLC, Attn: Illona Kirzhner, R.A., 12108 Walnut Branch Road, Reston, Virginia 20194, has held the estimated sum of $3,904.47.

WHEREFORE, your applicant prays that said garnishment be quashed and that the court provide such other and further relief as the nature of this case may require.

Copies hereof are directed by mail to debtor, creditor, and the debtor's employer.

DATE: May 14, 2026                    Respectfully submitted,

                                       ELIZABETH RIVERA
                                       By Counsel

We ask for this:

By:   /s/ James M. McMinn
      James M. McMinn, VSB #84728
      McMinn Law Group PLLC
      560 Broadview Avenue
      Ste Lower Level A
      Warrenton, VA 20186
      T: (540) 349-6441
      F: (540) 210-0015
      notices@mcminnlawgroup.com
      *Counsel for Debtor(s)*

## **CERTIFICATE OF SERVICE**

I, James M. McMinn, Esq., attorney for the Debtor, hereby certify that a copy of the foregoing Motion to Quash Garnishment has, this 14th day of May 2026, been filed via ECF with the United States Bankruptcy Court, Western District of Virginia, and sent via first class mail to Culpeper County General District Court, 135 West Cameron Street, Culpeper, VA 22701, the Creditor, Barclays Bank Delaware, c/o Tenaglia & Hunt, P.A., 9211 Corporate Blvd., Suite 130, Rockville, MD 20850, to the Garnishee, 3G Holdings LLC, Attn: Illona Kirzhner, R.A., 12108 Walnut Branch Road, Reston, Virginia 20194, and also to the Debtor.

/s/ James M. McMinn
James M. McMinn

2